IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY LORENZEN,<br><br>            Plaintiff,<br><br>vs.<br><br>TASTE TRADITIONS OF OMAHA, L.L.C.,<br><br>            Defendant. | 8:16CV27<br><br>AMENDED PROGRESSION ORDER |

Parties have filed a joint motion to continue certain deadlines in this case. ([Filing No. 17](#)). Accordingly,

IT IS ORDERED that the progression order is amended as follows:

1) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on May 30, 2017, or as soon thereafter as the case may be called, for a duration of seven (7) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on May 16, 2017 at **11:00 a.m.**, and will be conducted by WebEx conferencing. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on May 12, 2017.

3) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is November 1, 2016. Motions to compel Rule 33 through 36 discovery must be filed by November 15, 2016 **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4) The deadlines for identifying expert witnesses expected to testify at the

      trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

          For the plaintiff(s):      September 1, 2016.

          For the defendant(s):      October 15, 2016.

5)    The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

          For the plaintiff(s):      November 15, 2016.

          For the defendant(s):      December 15, 2016.

6)    The deposition deadline is March 2, 2017.

7)    The deadline for filing motions to dismiss and motions for summary judgment is February 15, 2017.

8)    The deadline for filing motions to exclude testimony on *Daubert* and related grounds is January 30, 2017.

9)    Motions in limine shall be filed five business days prior to trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

10)    The parties shall comply with all other deadlines recited in the final progression order.

Dated this 16th day of August, 2016

                              BY THE COURT:

                              *s/ Cheryl R. Zwart*
                              United States Magistrate Judge