IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY LORENZEN,<br><br>        Plaintiff,<br><br>vs.<br><br>TASTE TRADITIONS OF OMAHA, L.L.C.,<br><br>        Defendant. | 8:16CV27<br><br>**AMENDED PROGRESSION ORDER** |

Parties have filed a joint motion to extend certain dates in the current progression order. ([Filing No. 23](#)). Accordingly,

IT IS ORDERED that the progression order amended is as follows:

1) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is December 1, 2016. Motions to compel Rule 33 through 36 discovery must be filed by December 15, 2016 **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2) The deadlines for identifying and for complete expert disclosures for all expert witnesses expected to testify at the trial, (both retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](#)), and non-retained experts, ([Fed. R. Civ. P. 26(a)(2)(C)](#)), are:

    For the plaintiff:        November 15, 2016.
    For the defendant:     January 16, 2017.
    For rebuttal experts:   February 15, 2017.

3) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is March 1, 2017.

4) The parties shall comply with all other ordered progression deadlines that are not inconsistent with this order.

Dated this 17th day of October, 2016

> BY THE COURT:
>
> *s/ Cheryl R. Zwart*
> United States Magistrate Judge