IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY LORENZEN,<br><br>             Plaintiff,<br><br>vs.<br><br>TASTE TRADITIONS OF OMAHA, L.L.C.,<br><br>             Defendant. | 8:16CV27<br><br>ORDER |

This matter is before the court on the parties' joint motion to extend deadlines (Filing No. 43). Based upon the representations of the parties,

IT IS ORDERED:

1) The parties joint motion (Filing No. 43) is granted.

2) Plaintiff's response to Defendant's Motion for Summary Judgment is March 15, 2017.

3) Defendant's response to Plaintiff's Motion for Partial Summary Judgment is March 15, 2017.

4) The deposition deadline is April 14, 2017.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is April 28, 2017.

6) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on July 17, 2017, or as soon thereafter as the case may be called, for a duration of seven (7) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2

7) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on July 5, 2017 at **9:00 a.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on June 30, 2017.

Dated this 7th day of March, 2017.

                                            BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge