IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFERY LORENZEN, | |
| Plaintiff, | 8:16-CV-27 |
| vs. | |
| TASTE TRADITIONS OF OMAHA, L.L.C., | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the Court on the plaintiff's objection (filing 69) to the Magistrate Judge's Memorandum and Order (filing 67) in part granting the defendant's motion (filing 58) to extend the deposition deadline, and the Magistrate Judge's subsequent Order (filing 68) continuing trial.

After thoroughly reviewing the record, the Court finds that neither the Magistrate Judge's Memorandum and Order (filing 67) nor her Order (filing 68) were clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a); *see*, 28 U.S.C. § 636(b)(1)(A); *Ferguson v. United States*, 484 F.3d 1068, 1076 (8th Cir. 2007). Accordingly,

IT IS ORDERED that the plaintiff's objection (filing 69) is overruled.

Dated this 30th day of May, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge