IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFERY LORENZEN,<br><br>   Plaintiff,<br><br>vs.<br><br>TASTE TRADITIONS OF OMAHA, L.L.C.,<br><br>   Defendant. | 8:16-CV-27<br><br>JUDGMENT |

  For the reasons stated in the accompanying memorandum and order, the plaintiff's complaint is dismissed.

  Dated this 29th day of September, 2017.

            BY THE COURT:

            _____
            John M. Gerrard
            United States District Judge